```
McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) | 1:06-cv-00496-AWI-SMS |
| ) | |
| Plaintiff, ) | STIPULATION TO SET ASIDE CLERK'S |
| ) | DEFAULT |
| v. ) | |
| ) | ORDER SETTING ASIDE CLERK'S |
| UNITED STATES OF AMERICA ) | DEFAULT |
| and ) | |
| DOES ONE THROUGH TEN, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff ALLSTATE INSURANCE COMPANY and defendant UNITED STATES of

AMERICA hereby stipulate to set aside the Clerks Entry of Default entered July 26, 2006, in the

above captioned case.  Plaintiff stipulates that the UNITED STATES was not served as required by

Federal Rule of Civil Procedure Rule 4(i)(1) and (2) and that no judgment of default could be entered

1

against the United States pursuant to Federal Rule of Civil Procedure 55.

The parties further stipulate that the action has not been commenced in the proper court, having arisen in Shasta County, and the proper venue is Sacramento pursuant to Local Rule 3-120(d).

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED:   8/8/06                    /s/ Stephanie Hamilton Borchers
                                      STEPHANIE HAMILTON BORCHERS
                                      Assistant United States Attorney

DATED:   8/9/06                    /s/ Michael S. Morse
                                      MICHAEL S. MORSE
                                      Attorney for ALLSTATE INSURANCE COMPANY

(original signature retained by attorney)

ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the Clerk's Default entered in the above captioned action on July 26, 2006, is set aside.

IT IS SO ORDERED.

**Dated:   August 11, 2006**                /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE