UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLSTATE INSURANCE COMPANY,    1:06-cv-00496-AWI-SMS

        Plaintiff,

vs.    **ORDER TRANSFERRING CASE**

UNITED STATES OF AMERICA,
et al.,

        Defendants.
_____/

    On April 26, 2006, plaintiff filed a complaint in subrogation for damages (property damage/vehicle related) in compliance with the Federal Tort Claims Act.

    In its complaint, plaintiff alleges that its insured, Linda Richey, was involved in a collision that occurred on December 7, 2005, in Shasta County, California, which is part of the Sacramento Division of the United States District Court for the Eastern District of California.  Therefore, the complaint should have been filed in the Sacramento Division.

//

/

1

1  Pursuant to Local Rule 3-120(b), a civil action which has
2 not been commenced in the proper court may, on the court's own
3 motion, be transferred to the proper court.  Therefore, this
4 action is ORDERED transferred to the Sacramento Division.
5  Good cause appearing, IT IS HEREBY ORDERED that:
6  1.  This action is TRANSFERRED to the United States District
7 Court for the Eastern District of California sitting in
8 Sacramento; and,
9  2.  All future filings shall refer to the new Sacramento
10 case number assigned, and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:   September 1, 2006**              **/s/ Sandra M. Snyder**
icido3                           UNITED STATES MAGISTRATE JUDGE